United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3924

_____

Eddie Bell,                                          *
                                                     *
            Appellant,                               *
                                                     *
                                                     *   Appeal from the United States
      v.                                             *   District Court for the
                                                     *   Western District of Missouri.
Dora Schriro, Director of MO Dept.                   *
of Corrections; George Lombardi;                     *        [UNPUBLISHED]
Dale Riley,                                           *
                                                     *
            Appellees.                               *

_____

Submitted: December 18, 1997
      Filed: December 19, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Eddie Bell appeals from the dismissal by the District Court[1] of his 42 U.S.C. § 1983 (1994) action. The District Court determined that although Bell framed his complaint as a § 1983 action, what he sought was a shorter sentence. Because such

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

relief must be sought through a petition for a writ of habeas corpus after exhaustion of state court remedies, see Preiser v. Rodriguez, 411 U.S. 475, 489 (1973), the District Court dismissed Bell's claim without prejudice. After a careful review of the record and the parties' submissions on appeal, we affirm the judgment of the District Court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.